# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Sector | EU-77 |
| Violation Number | 7597727 |
| Officer Name (Print) | Gchibansen |
| Officer No. | G3477 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 12/28/2017 0010 |
| Offense Charged | ☒ State Code — VSC 46.2-1013 |
| Place of Offense | Sheridan Ave. adj. bldg 415, Jbm-hh |
| Offense Description: Factual Basis for Charge | Possessing Defective Rear License Plate Lamp  32CFR 643 |

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Wells | Curtis | L |

| Tag No. | State | Year | Make/Model | PASS # | Color |
|---|---|---|---|---|---|
| HNM 1133 | TX | 2008 | Pontiac G6 | | Grey |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 75   Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT → $ 105.00   Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| US district Court, 401 Courthouse Sq, Alexandria VA 22314 | 02/05/2018 | 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **December 28, 2017** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

At approximately 0004 hrs I and my partner SPC. Williams observed a Gray Pontiac make a right turn onto Sheridan Avenue from Patton Drive on Joint base myer Henderson Hall with no license plate lamp. We identified the driver as PVT Wells. PVT Wells was being non compliant throughout the traffic stop at which he was detained breifly until he calmed and cooperated. This CVB was issued for the license plate lamp and PVT Wells was released at 0029 hrs. We clear the traffic stop at 0030 hrs. All information on the face of this notice is incorporated by reference herein.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **12/28/2017**   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 01/17/2018 14:2